UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| RICHARD DUANE BRADLEY,  )  )  Petitioner,  )  v.  )  )  JAMES BASINGER,  )  )  Respondent.  ) | No. 2:10-cv-38-WTL-DML |

**Entry Discussing Petition for Writ of Habeas Corpus**

In a prison disciplinary proceeding identified as No. WVD 09-07-0190, Richard Duane Bradley was found guilty of violating prison rules and was sanctioned. The sanctions ultimately imposed for this misconduct did not, however, result in the imposition of "custody" for purposes of seeking habeas corpus relief, *i.e.,* a sanction which affected the fact or duration of his confinement. A sanction which does not constitute "custody" cannot be challenged in an action for habeas corpus relief. *Cochran v. Buss,* 381 F.3d 637, 639 (7th Cir. 2004) (per curiam); *Montgomery v. Anderson,* 262 F.3d 641, 644-45 (7th Cir. 2001).

The respondent's motion to dismiss (dkt 10) is **granted.** Judgment consistent with this Entry shall now issue.

**IT IS SO ORDERED.**

Date: 06/01/2010

_____
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana